**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6196**

MARCUS ANTONIO SATTERFIELD,

        Plaintiff - Appellant,

      v.

HOLLIE MCCADDAMS, ADA IN SUPERIOR COURTS ROXBORO NC PERSON COUNTY SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; MERILYN P. NEWELL, MAYOR OF ROXBORO CITY OF ROXBORO SUED IN THEIR OFFICIAL CAPACITY; JOSH STEIN, ATTORNEY GENERALS COMMISSIONER SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY; ROXBORO ATTORNEY GENERALS; ADMINISTRATORS OF NORTH CAROLINA COUNTY COMMISSIONER,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:23-cv-01071-WO-JLW)

Submitted:  July 30, 2024                                                  Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Antonio Satterfield, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Satterfield appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Satterfield's civil complaint under 28 U.S.C. § 1915A(b). Limiting our review to the issues raised in Satterfield's informal brief, we have reviewed the record and find no reversible error. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Satterfield v. Mccaddams*, No. 1:23-cv-01071-WO-JLW (M.D.N.C. Feb. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*